Order entered October 18, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00587-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

V.

**BH DFW, INC., Appellee**

**On Appeal from the 14th District Court
Dallas County, Texas
Trial Court Cause No. DC-12-00921**

## ORDER

The Court has before it appellant's October 16, 2012 unopposed motion for extension of time to file appellant's reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by November 2, 2012.



MOLLY FRANCIS
JUSTICE